UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 15-11190-NMG

Ada Ahiwe

v.

Midland Credit Management, Inc.

ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Stipulation of Dismissal filed by the parties on 8/17/15, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

August 18, 2015

To: All Counsel